# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1682

_____

| | | |
|---|---|---|
| Alfred Brown, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Union Pacific Railroad Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  December 17, 1999

Filed:  December 23, 1999

_____

Before BEAM, HEANEY, and HANSEN, Circuit Judges.

_____

PER CURIUM.

Alfred Brown brought suit under the Federal Employers' Liability Act (FELA), 45 U.S.C. §§ 51-60, for an injury that occurred while he was working for Union Pacific Railroad Company.  After a three-day trial, a  jury found for Union Pacific.  Brown appeals arguing that (1) jury instruction number 10 was not supported by the evidence and contains incorrect language, (2) jury instruction number 12 was inappropriate under FELA, and (3) the district court erred in allowing the testimony of the defendant's independent medical examiner.

We review the district court's[1] jury instructions and evidentiary rulings for an abuse of discretion.  See Dominium Management Servs., Inc. v. Nationwide Housing Group, 195 F.3d 358, 365 (8th Cir. 1999).  Having carefully reviewed the record, we find no abuse of discretion by the district court.  Therefore, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.